AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>MIQUEL ANTHONIO JONES<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )<br>Case No.   22-MJ-1535-DLC |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   November 17, 2022   in the county of   Dukes   in the _____ District of   Massachusetts  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC section 2113 (a) and (d)<br>18 USC section 2 | BANK ROBBERY<br>AIDING AND ABETTING |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Daniel P. Conlon

☑ Continued on the attached sheet.

_Daniel Conlon_ DLC
Complainant's signature

SA DANIEL P. CONLON, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/1/2022

Judge's signature

City and state: BOSTON, MA

US MAGISTRATE JUDGE DONALD L. CABELL
Printed name and title