✑JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:** Category No. **II** Investigating Agency **FBI**

**City** **TISBURY** Related Case Information:

**County** **DUKES**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number **22-MJ-1535-DLC**
Search Warrant Case Number **22-MJ-1540-1542-DLC; 22-MJ-1551-1553-DLC; NH 22-MJ-246-248-AJ**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **MIQUEL ANTHONIO JONES** Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address **(City & State) EDGARTOWN, MA**

Birth date (Yr only): **1991** SSN (last4#): **XXXX** Sex **M** Race: _____ Nationality: **JAMAICAN**

**Defense Counsel if known:** _____ Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA **Meghan C. Cleary/Kenneth G. Shine** Bar Number if applicable _____

Interpreter: ☐ Yes ☑ No List language and/or dialect: _____

Victims: ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☐ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** **11/18/2022**

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at **DUKES COUNTY HOC** ☐ Serving Sentence ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: **December 1, 2022** Signature of AUSA: *[signatures]*

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   MIQUEL ANTHONIO JONES

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 2113(a) and (d), 2 | ARMED BANK ROBBERY; AIDING AND ABETTING | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____